IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARVIN JONES | : | CIVIL ACTION |
| v. | : | |
| SUP'T SCI-FRACKVILLE, et al. | : | NO. 16-6384 |

FILED
MAR 20 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 17th day of March, 2017, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED**; and

3. A certificate of appealability is not granted.

BY THE COURT:

_____
WENDY BEETLESTONE,   J.